# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL SMITH AND SANDRA SMITH<br><br>  Plaintiffs,<br><br>  V.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY<br><br>  Defendant. | JUDGMENT IN A CIVIL CASE<br><br>Case: CIV NO. 15-00128 LEK-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>June 21, 2017<br><br>At 2 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED    that Judgment is entered pursuant to the "Order Granting Defendant's Motion For Summary Judgment And Denying Plaintiffs' Counter-Motion For Summary Judgment", ECF NO. [57], filed on May 31, 2017.

| | |
|---|---|
| June 21, 2017 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |